**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **QUINCO ELECTRICAL OF GEORGIA, INC.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 15-2511** |
| **SATTERFIELD & PONTIKES CONSTRUCTION, INC., et al.** | **SECTION: "G" (2)** |

**ORDER**

In light of the parties' "Joint Stipulation of Dismissal" with prejudice,[1]

**IT IS HEREBY ORDERED** that this action is dismissed in its entirety with prejudice and without costs.

**NEW ORLEANS, LOUISIANA**, this 24th day of May, 2016.

Nannette Jolivette Brown
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 27.